UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF CERTAIN ADMINISTRATIVE SUBPOENAS ISSUED BY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION <br><br> UNITED STATES SECURITIES AND EXCHANGE COMMISSION 100 F STREET, N.E. WASHINGTON, D.C. 20549 | ) ) ) ) ) ) ) ) ) MISC No. 1:15-mc-01092 ) ) ) ) ) ) ) |

**FILED**

FEB 26 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## NOTICE OF VOLUNTARY DISMISSAL

The Securities and Exchange Commission ("Commission") respectfully requests that the Court dismiss the above-captioned matter.

On August 19, 2015, the Commission moved, pursuant to Section 21(h)(4)(a) of the Securities Exchange Act of 1934 ("Exchange Act")[ 15 U.S.C. § 78u(h)(4)(a)], for an *ex parte* order delaying for 90 days the notice required by the Right to Financial Privacy Act of 1978 when the Commission seeks customer financial records. The Court granted the motion on August 20, 2015.

On November 13, 2015, the Commission moved, pursuant to Exchange Act Section 21(h)(4)(b) [15 U.S.C. § 78u(h)(4)(b)], for an extension delaying customer notice for an additional 90 days. The Court granted the motion on November 16, 2015, which gave the Commission until February 16, 2016 to provide the required customer notice. The Commission provided those notices on February 16, 2016.



1

The Commission filed a motion to unseal this matter contemporaneously with the instant voluntary notice of dismissal. Once unsealed, there is nothing more to be done in this matter. Therefore, the Commission requests that it be closed.

Date:  February 25, 2016                                                          Respectfully submitted,

*/s/ Melissa Armstrong*
Melissa Armstrong
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549
(202) 551-4724 (Armstrong)
(202) 772-9245 (facsimile)
armstrongme@sec.gov

Counsel for Movant

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-25-2016